JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HANE HARDWARE, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:14-CV-07917-CAS-AS<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

### **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

*/s/ Christina A. Snyder*

Dated: February 18, 2015

HONORABLE Christina A. Snyder
UNITED STATES DISTRICT COURT JUDGE